

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2015

No. 04-15-00575-CV

**B&P DEVELOPMENT, LLC** and Chad H. Foster Jr.,
Appellants

v.

**KNIGHTHAWK, LLC**, Series G,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29842
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The reporter's record was due October 23, 2015. On October 30, 2015, the court reporter filed a notification of late record stating that her other duties preclude her from working on the record and that she has not yet made arrangements for payment of the record with appellants' counsel. She asked the we grant her an extension of time to complete the record until February 29, 2016 – a total of 129 days from the original due date. We granted the request in part, and denied it in part, ordering the reporter to file the record on or before February 22, 2016 – 120 days from the original due date.

On November 16, 2015, appellee filed a motion to reconsider our order, pointing out that rule 35.3(c) of the Texas Rules of Appellate Procedure restricts this court from granting extension of more than thirty days at a time. See Tex. R. App. P. 35.3(c). Accordingly, we GRANT appellee's motion to reconsider and ORDER our November 9, 2015 order withdrawn. As before, we GRANT the court reporter's request for an extension of time to file the reporter's record in part, but DENY it in part. We now ORDER the court reporter to file the reporter's record on or before November 23, 2015, thirty days from the original due date, based upon the restriction set forth in rule 35.3(c) of the Texas Rules of Appellate Procedure. We advise the court reporter that additional notifications of late record may be filed, but each notification should request no more than an additional thirty days.

We order the clerk of this court to serve a copy of this order on the court reporter and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court